UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.18-CR-20501-ALTONAGA

UNITED STATES OF AMERICA

        **Plaintiff,**

vs.

ESTHER AGUILERA ESCALONA,

        **Defendant.**
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant Esther Aguilera Escalona (Aguilera). In support thereof, the government asserts the following facts:

ACM Home Health Care Inc. (ACM) was a Florida corporation with a place of business in Miami-Dade County. ACM was purportedly a Home Health Agency engaged in the business of providing home health services to Medicare beneficiaries. Defendant Aguilera was a resident of Miami-Dade and a patient recruiter for ACM.

In or around October 2016, Aguilera was involved in the recruitment of Medicare beneficiaries R.M., R.F. and D.A. to enroll into ACM in exchange for receiving cash kickback payments. R.M., R.F. and D.A. did not qualify for home health services because they were not homebound. Nevertheless, all three were enrolled into ACM.

Because of R.F., R.M. and D.A's enrollments, Aguilera and her co-conspirators caused ACM to submit false and fraudulent claims to Medicare for home health services that were not medically necessary and never rendered. Based upon the false and fraudulent claims submitted for home health services that were not medically necessary and never

rendered. Aguilera and her co-conspirators caused Medicare to pay ACM approximately $47,427.88. Additionally, in or around October 2016, law enforcement audio and video recorded Aguilera as she paid and caused the payments of $1,250 in cash kickback to each Medicare beneficiary for serving as patients at ACM. Aguilera and her co-conspirators used the proceeds of the health care fraud for their personal use and benefit, and to further the fraud.

These events occurred in Miami Dade County, in the Southern District of Florida, and elsewhere. If this case were to go to trial, the Government would be in a position to prove all of the above beyond a reasonable doubt. The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offenses charged in the Indictment.

Date: 9/28/18       By: _____
                        MIESHA SHONTA DARROUGH
                        ASSISTANT U.S. ATTORNEY

Date: 9/28/18       By: _____
                        JOSEPH A. CHAMBROT
                        ATTORNEY FOR DEFENDANT

Date: 9/28/18       By: _____
                        ESTHER AGUILERA ESCALONA
                        DEFENDANT

2